E-filing

Nathan Dooley (SBN 224331)
Adam C. Bonin (*Pro hac vice admission pending*)
COZEN O'CONNOR
777 South Figueroa Street
Suite 2850
Los Angeles, California 90017
Telephone: 213.892.7900
Toll Free Phone: 800.563.1027
Facsimile: 213.892.7999

Attorneys for Plaintiffs
Kos Media and Markos Moulitsas Zúniga

FILED
JUN 30 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

KOS MEDIA, LLC and
MARKOS MOULITSAS ZÚNIGA,

PLAINTIFFS,

VS.

R2K, LLC, D/B/A RESEARCH 2000 AND
DEL ALI,

DEFENDANTS.

Case No.: C10-02894

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITITES OR PERSONS

L.R. 3-16

F.R.C.P. 7.1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Kos Media, LLC and Markos Moulitsas Zúniga.

| | | |
|---|---|---|
| 1 | DATED: June 30, 2010 | COZEN O'CONNOR |
| 2 | | |
| 3 | | By: _____ |
| 4 | | NATHAN DOOLEY |
| 5 | | ADAM C. BONIN<br>Attorneys for Plaintiffs<br>KOS MEDIA |