RECEIVED
2010 JUL -8 P 3:30
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOS MEDIA, LLC and<br>MARKOS MOULITSAS ZÚNIGA,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH 2000 AND DELAIR D ALI,<br><br>Defendant. | CASE NO. 3:10-cv-02894 MEJ<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Adam C. Bonin, whose business address and telephone number is

Cozen O'Connor
1900 Market Street         Telephone: (215) 665-2000
Philadelphia, PA 19103     email: abonin@cozen.com

and who is an active member in good standing of the bar of Pennsylvania

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 23, 2010

Maria-Elena James
United States Magistrate Judge