Emily Maxwell (SBN 185646)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendants
Research 2000 and Delair D. Ali

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| KOS MEDIA, LLC, et al., | Case No. 10-CV-02894 (MEJ) |
| Plaintiffs, | **STIPULATED MOTION TO EXTEND SCHEDULE FOR RESPONSIVE PLEADING AND ALL DEADLINES SET FORTH IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| vs. | |
| RESEARCH 2000, et al., | |
| Defendants. | |

With the consent of Plaintiffs Kos Media, LLC and Markos Moulitsas Zúniga (collectively, "Plaintiffs"), Defendants Research 2000 and Delair D. Ali (collectively, "Defendants") respectfully move for an extension of time of 45 days to file a responsive pleading and to meet the other deadlines set forth in the Court's June 30, 2010 Order Setting Initial Case Management Conference and ADR Deadlines ("Case Management Order").  Defendants seek this extension because the parties are working on a settlement which they hope to complete very soon.

The parties already have agreed on the basic terms of the settlement, which contemplates a series of actions to be taken by each party over an extended period of time.  When Plaintiffs' counsel alerted the Court to the impending settlement late last week, the Court requested that the parties file their stipulation dismissing the case by September 30, 2010.  The terms of the agreement now being negotiated by the parties, however, contemplate the stipulation of dismissal being filed a few weeks

REY LLP

1   later than September 30, 2010 which has prompted the request set forth in this motion for a 45 day

2   extension of the schedule established by the Case Management Order.

3        Specifically, under the schedule now being negotiated by the parties, there is a deadline for

4   action which falls within 30 days after the execution of the formal settlement agreement. After that

5   deadline is met, the stipulation of dismissal promptly would be filed. As the settlement agreement is

6   neither final nor executed, this first deadline will likely fall in early October. It is, of course, possible,

7   that the parties may satisfy their respective obligations earlier than the initial 30 day deadline and the

8   stipulation of dismissal could be filed by September 30, 2010. Certainly the parties will make every

9   effort to expedite the performance of their obligations to do so. Out of an abundance of caution,

10  however, the parties seek the 45 day extension to give them sufficient time to finalize and execute the

11  settlement agreement now under negotiation and meet their initial obligations under the terms of that

12  agreement, without responses to a motion to dismiss or the other deadlines set by the Case

13  Management Order competing for their attention. With this additional 45 days, the parties should be

14  able to file a stipulation of dismissal on or before October 25, 2010.

15       In the unlikely event that such a Stipulation of Dismissal is not filed on or before October 25,

16  2010, Defendants will file a responsive pleading on that date, and the parties will satisfy the other

17  deadlines in the Case Management Order according to the time frame established by that order, i.e.,

18       By November 3, 2010, the parties will

19         • meet and confer regarding initial disclosures, early settlement, ADR process selection,

20           and discovery plan

21         • file ADR Certification

22         • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

23       By November 17, 2010, the parties will

24         • file 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report

25           and file Case Management Statement

26

27

28

Case No.  10-CV-02894 (MEJ)              -2-
STIPULTED MOTION TO EXTEND SCHEDULE

1   The parties acknowledge and agree that the Court may reschedule the Initial Case Management

2   Conference for a date of its preference.

3   Dated:  September 7, 2010                              Respectfully submitted,

4                                                          HOWREY LLP

5

6                                                  By:      */s/Emily Maxwell*

7                                                          Emily Maxwell
                                                           Attorneys for Defendants
8                                                          Research 2000 and Delair D. Ali

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28