UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| KOS MEDIA, LLC, et al., | Case No. 10-CV-02894 (MEJ) |
| Plaintiffs, | ~~[PROPOSED]~~ **ORDER** |
| vs. | |
| RESEARCH 2000, et al., | |
| Defendants. | |

—Upon consideration of Defendants' MOTION TO EXTEND SCHEDULE FOR RESPONSIVE PLEADING AND ALL DEADLINES SET FORTH IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, it hereby ORDERED that, if a Stipulation of Dismissal is not filed by October 25, 2010, the case schedule is revised as follows:

- October 25, 2010:  Defendants will file a responsive pleading
- November 3, 2010:  the parties will:
    - meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan
    - file ADR Certification
    - file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference
- November 17, 2010:  the parties will

Case No.  10-CV-02894 (MEJ)
[PROPOSED] ORDER RE STIPULTED MOTION TO
EXTEND SCHEDULE

1      o  file their 26(f) Reports, complete initial disclosures or state objection in Rule 26(f) Report and file a Case Management Statement

2      o  The Initial Case Management Conference will be rescheduled for  December 2 , 2010 at 10:00 a.m.

The Motion is GRANTED.  IT IS SO ORDERED.

_____
Honorable Maria Elena James
United States Magistrate Judge for the Northern District of California

Case No.  10-CV-02894 (MEJ)                   -2-
[PROPOSED] ORDER RE STIPULTED MOTION TO
EXTEND SCHEDULE