1  Nathan Dooley (SBN 224331)
   ndooley@cozen.com
2  Adam C. Bonin (*Pro hac vice*)
   abonin@cozen.com
3  COZEN O'CONNOR
   601 South Figueroa Street
4  Suite 3700
   Los Angeles, California  90017
5  Telephone: 213.892.7900
   Toll Free Phone: 800.563.1027
6  Facsimile: 213.892.7999

7  Attorneys for Plaintiffs
   Kos Media and Markos Moulitsas Zúniga
8

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  KOS MEDIA, LLC and                     Case No.: C10-02894 MEJ
    MARKOS MOULITSAS ZÚNIGA,          )
13                                     )   [Assigned for all purposes to
                                       )   Hon. Marie –Elena James, Courtroom B,
14            PLAINTIFFS,              )   15th Floor]
                                       )
15                                     )   JOINT STATUS REPORT,
     VS.                               )   REQUEST AND STIPULATION
16                                     )   FOR PROPOSED CONTINUANCE
                                       )   OF DATE for CASE
17  RESEARCH 2000 AND DELAIR D. ALI,  )   MANAGEMENT CONFERENCE
                                       )
18                                     )   Current Hearing Date:   Dec. 02, 2010
            DEFENDANTS.                )   Requested Hearing Date:  Jan. 17, 2010
19                                     )

20        TO THE COURT, ALL THE PARTIES AND THEIR ATTORNEYS OF

21  RECORD:

22        By and through their undersigned counsel, Plaintiffs Kos Media and Markos

23  Moulitsas Zúniga (collectively "Plaintiffs"), and Defendants RESEARCH 2000 AND

24  DELAIR D. ALI (collectively "Defendants") respectfully submit the following Status

25  Report, Request and Stipulation for Continuance of the hearing date in the above

26  captioned matter for the Case Management Conference currently set for Thursday

27  December 02, 2010.

28  //

                                1

1

## <u>STATUS</u>

2   The parties have reached an agreement as to the contours of a proper settlement
3   but are still in the process of determining whether the execution of the proposed terms
4   is feasible.  The parties will know whether execution is feasible within one week.
5   Accordingly, the parties hereby seek through their undersigned counsel a short
6   continuance of the instant case management conference, currently on calendar for
7   Thursday December 02, 2010.

8   In view of the foregoing, IT IS HEREBY STIPULATED and agreed by and
9   between Plaintiffs and Defendants that the instant Case Management Conference shall
10  be continued until January 17, 2011.

11

12

## <u>GOOD CAUSE</u>

13  Good cause exists to grant the instant Request and allow the parties additional
14  time to execute the contemplated settlement for the following reasons:

15  1.   The parties have negotiated a settlement in good faith and it would be a
16  waste of judicial resources for the Court to intervene at this stage when all that needs
17  to be seen is whether the contemplated settlement is indeed feasible.

18  2.   The contemplated settlement would likely result in a final and complete
19  resolution of the instant controversy.

20  3.   If the contemplated terms are not feasible, undersigned counsel may be
21  able to reach an alternative arrangement without burdening the Court, and in any
22  event, the most prudent present course is to wait and see whether the contemplated
23  settlement will result in a final and complete resolution of the instant controversy.

24  4.   The parties request a hearing date of January 17, 2011 in view of the fact
25  that Plaintiffs' counsel will begin a five day jury trial in Los Angeles on January 03,
26  2010 and in contemplation of the pending holidays in December.

27  //

28  //

STATUS REPORT AND REQUEST FOR CONTINUANCE

1  **IT IS SO STIPULATED**

2  DATED:  November 30, 2010          HOWREY

3

4                                     By:          -/S/-
                                           _____
5                                          EMILY L. MAXWELL
                                           Attorneys for Defendants Research 2000
6                                          and Delair D. Ali

7  DATED:   November 30, 2010         COZEN O'CONNOR

8

9
                                      By:          -/S/-
10                                         _____
                                           NATHAN DOOLEY
11                                         ADAM C. BONIN
                                           Attorneys for Plaintiffs Kos Media and
12                                         Markos Moulitsas Zuniga.

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

14
   DATED:  December __, 2010
15

16

17                                    By: _____
                                          HON. MARIE – ELENA JAMES
18                                        Chief Magistrate Judge
                                          United States District Court
19                                        Northern District of California

20

21

22

23

24

25

26

27

28

---

3

STATUS REPORT AND REQUEST FOR CONTINUANCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATUS REPORT AND REQUEST FOR CONTINUANCE