UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KOS MEDIA, LLC, et al., | No. C 10-02894 MEJ |
| Plaintiffs, | **ORDER VACATING CMC** |
| v. | **ORDER FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |
| RESEARCH 2000, et al., | |
| Defendants. | |
| _____/ | |

The Court is in receipt of Plaintiffs' status report, filed January 11, 2011. (Dkt. #17.) Upon review of Plaintiffs' statement, the Court hereby CONTINUES the January 13, 2011 Case Management Conference to March 10, 2011 at 10:00 a.m. in Courtroom B. Defendants shall file a responsive pleading within 30 days from the date of this Order. If Defendants fail to file a responsive pleading, Plaintiffs shall move for default.

Plaintiffs shall serve this Order upon Defendants.

**IT IS SO ORDERED.**

Dated: January 11, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge