UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KOS MEDIA, LLC, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>RESEARCH 2000, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-02894 MEJ<br><br>**ORDER CONTINUING CMC** |

The Court is in receipt of Plaintiffs' status report, filed March 3, 2011. (Dkt. #21.) Upon review of Plaintiffs' statement, the Court hereby ORDERS as follows:

1) The CMC is continued to April 28, 2011 at 10:00 a.m. in Courtroom B. A joint cmc statement shall be filed by April 21, 2011.

2) Defendant Research 2000 cannot appear or proceed without representation by a member of the bar of this Court. Civil Local Rule 3-9(b). Accordingly, if Research 2000 has not obtained counsel prior to the April 28 CMC, the Court shall issue an Order to Show Cause as to why default should not be entered against Research 2000 for failure to procure counsel.

3) If substantial progress towards the agreed settlement payments is not made prior to the April 28 CMC, Plaintiffs shall move for entry of default as to Defendant Delair Ali.

Plaintiffs shall serve this Order upon Defendants.

**IT IS SO ORDERED.**

Dated: March 4, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge