UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KOS MEDIA, LLC, et al., | No. C 10-02894 MEJ |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | **ORDER CONTINUING CMC** |
| RESEARCH 2000, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiffs' status report, filed April 21, 2011. (Dkt. #23.) Upon review of Plaintiffs' statement, the Court hereby ORDERS as follows:

1) The CMC is continued to June 9, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. A joint cmc statement shall be filed by June 2, 2011.

2) As Defendant Research 2000 has failed to obtain representation by a member of the bar of this Court, the Court ORDERS Research 2000 to show cause as to why default should not be entered against it for failure to procure counsel. Civ. Local Rule 3-9(b). Research 2000 shall file a declaration by May 12, 2011, and the Court shall conduct a hearing on May 19, 2011 at 10:00 a.m. in Courtroom B.

Plaintiffs shall serve this Order upon Defendants.

**IT IS SO ORDERED.**

Dated: April 26, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge