UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KOS MEDIA,LLC, et al., | No. C 10-02894 MEJ |
| Plaintiffs, | **ORDER DIRECTING CLERK OF COURT TO ENTER DEFAULT AS TO DEFENDANT RESEARCH 2000** |
| v. | |
| RESEARCH 2000, et al., | |
| Defendants. | |

On April 26, 2011, the Court ordered Defendant Research 2000 to show cause as to why default should not be entered against it for failure to procure counsel pursuant to Civil Local Rule 3-9(b). Research 2000 failed to respond to the order to show cause. Accordingly, the Court directs the Clerk of Court to enter default as to Defendant Research 2000.

Plaintiff shall serve this Order upon all other parties in this action.

**IT IS SO ORDERED.**

Dated: May 19, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge