1 | NATHAN DOOLEY (SBN 224331)
Ndooley@cozen.com
2 | Adam C. Bonin (*Pro hac vice*)
COZEN O'CONNOR
3 | 601 South Figueroa Street
Suite 3700
4 | Los Angeles, California  90017
Telephone: 213.892.7900
5 | Toll Free Phone: 800.563.1027
Facsimile: 213.892.7999

Attorneys for Plaintiffs
Kos Media and Markos Moulitsas Zúniga

*AND*

DELAIR D. ALI, *in pro per*
10027 Sinnott Drive
Bethesda, MD 20817
Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KOS MEDIA, LLC and MARKOS MOULITSAS ZÚNIGA, | Case No.: 3:10-CV-02894 MEJ- _____ |
|---|---|
| PLAINTIFFS, | JOINT STATUS REPORT |
| VS. | |
| RESEARCH 2000 AND DELAIR D. ALI, | CMC Hearing Date: June 09, 2011
Time: 10:00 AM
Courtroom: B |
| DEFENDANTS. | Complaint filed: June 30, 2010. |

Plaintiffs Kos Media, LLC and MARKOS MOULITSAS ZÚNIGA (Plaintiffs), and Defendant Delair D. Ali, *in pro per*, respectfully submit this Status Report regarding the parties' prospective settlement.

1
STATUS REPORT

# BACKGROUND

### 1) The Parties

Plaintiff Kos Media LLC ("Kos Media") is based in Berkeley California. It owns and operates the DailyKos (http://www.dailykos.com), the largest progressive community blog in the United States. Markos Moulitsas Zúniga is the founder, publisher, and sole owner of Kos Media. Defendant Research 2000 is a polling firm based in Olney, Maryland. Delair D. Ali ("Ali") is the owner and CEO of Research 2000.

### 2) The Complaint

As part of its role as a news organization, Kos Media commissioned a number of polls from Research 2000, beginning in September 2007. Kos Media and Research 2000, through Moulitsas and Ali, entered into a series of agreements through which Kos Media would pay Research 2000 for political polling performed based on certain professional standards, including requirements for the number of individuals surveyed for each poll. Defendants breached their agreement with Kos Media by failing to perform the polls which they were contracted to provide, instead falsifying the data provided to the Kos Media.

The Complaint sets forth the following causes of action: 1) Breach of Contract; 2) Unfair Business Practices under Cal. Bus. & Prof. Code §§ 17200 et seq.; 3) Breach of Implied Warranty; 4) Intentional Misrepresentation; 5) Negligent Misrepresentation; 6) Constructive Fraud; and 7) Conversion.

### 3) Procedural History

Plaintiffs filed suit on June 30, 2011. The Complaint was timely served on Defendants. On behalf of himself, and Research 2000, Ali signed a waiver of service on or about August 05, 2010. In the cover letter returning the waiver of service, Ali's

counsel stated that they would file a responsive pleading on or before September 07, 2010.

The parties made progress toward a settlement, and reached a general understanding before Defendants' responsive pleading was due. Plaintiffs notified the Court of the pending settlement. On September 09, 2010, the deadline for filing a responsive pleading was extended by Court Order and pursuant to stipulation. (Doc. No. 9.) The settlement agreement was signed by the parties.

The matter was set for a Case Management Conference for December 02, 2010. (*Id.*) The Case Management Conference was continued to January 13, 2011 pursuant to stipulation and Court Order. (Doc. No. 11.) On December 21, 2010 counsel for Defendants moved to withdraw from the case. (Doc. No. 12.) That Motion was granted on January 06, 2011, leaving Defendants unrepresented by counsel. (Doc. No. 16.) The Case Management Conference was continued to March 10, 2011. (Doc. No. 18.)

In lieu of the Case Management Conference on March 10, 2011, the Court issued an Order continuing the Case Management Conference to April 28, 2011. (Doc No. 22.) The Court also entered an Order requiring that Research 2000 procure counsel. (Doc. No. 22.) Also on April 28, 2011, the Court ordered the parties to file the instant joint Status Report. (*Id.*)

## **STATUS**

Research 2000 failed to procure counsel. Because Research 2000 was not able to procure counsel, the Court entered default as to Research 2000 on May 19, 2011 pursuant to Civil Local Rule 3-9(b). (Doc. No. 25.) Plaintiffs have not yet moved for entry of default Judgment due to the Rule against piecemeal judgments. *See* Fed. R. Civ. P. 54(b).

With respect to Defendant Delair Ali, he sent a payment of $9,000 to Plaintiffs' counsel on or about April 12, 2011. Plaintiffs characterize this payment as progress.

Mr. Ali sent an additional significant payment on June 1, 2011, and is endeavoring to make further significant payment by June 15, 2011 in an effort to improve compliance with the agreed-upon terms.

This Court's last Order, and all previous Court Orders, were timely served on Defendants.

## **RECOMMENDATION**

In view of these facts, the parties respectfully submit that the Case Management Conference be continued for 30 days to allow time for the above described payment of June 1, 2011, to clear and to allow time for Plaintiff to make additional payments. If the payment does not clear, or if a substantial payment is not made within 30 days in addition to the above described payment, Plaintiffs shall move for entry of default as to Ali.

Date: _____, 2011

\*signed copy attached as Exhibit A.

By: _____
Delair Ali, *in pro per*
10027 Sinnott Drive
Bethesda, MD 20817

Date: May 23, 2011

COZEN O'CONNOR

By: _____-/S/-_____
NATHAN DOOLEY
ADAM C. BONIN
Attorneys for Plaintiffs
COZEN O'CONNOR
601 South Figueroa Street
Suite 3700
Los Angeles, California 90017
Telephone: 213.892.7900
Toll Free Phone: 800.563.1027
Facsimile: 213.892.7999