UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KOS MEDIA,LLC, et al., | No. C 10-02894 MEJ |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CMC** |
| RESEARCH 2000, et al., | |
| Defendants. | |
| _____/ | |

The Court is in receipt of the parties' joint status report, filed May 25, 2011. (Dkt. #28.) Good cause appearing, the Court CONTINUES the case management conference and all related deadlines to July 28, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint c.m.c. statement shall be filed by July 21, 2011.

**IT IS SO ORDERED.**

Dated: May 26, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge