UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KOS MEDIA,LLC, et al., | No. C 10-02894 MEJ |
| Plaintiffs, | **ORDER CONTINUING CMC** |
| v. | |
| RESEARCH 2000, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiffs' status report, filed September 22, 2011. (Dkt. No. 32.) Upon review of Plaintiffs' statement, the Court hereby CONTINUES the September 29, 2011 Case Management Conference to December 8, 2011 at 10:00 a.m. in Courtroom B. Plaintiffs shall file an updated status report by December 1, 2011.

**IT IS SO ORDERED.**

Dated: September 23, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge