UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KOS MEDIA, LLC, et al., | No. C 10-2894 MEJ |
| Plaintiffs, | **ORDER VACATING CMC** |
| v. | |
| RESEARCH 2000, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiffs' status report, filed December 1, 2011. Dkt. No. 34. Upon review of Plaintiffs' statement, the Court hereby VACATES the December 8, 2011 Case Management Conference. Plaintiffs shall file a motion for default judgment within 30 days of the date that default is entered against Defendant Delair D. Ali. If the Clerk declines to enter default, Plaintiffs shall instead file a status report.

**IT IS SO ORDERED.**

Dated: December 2, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge