1  NATHAN DOOLEY (SBN 224331)
   Ndooley@cozen.com
2  COZEN O'CONNOR
   601 South Figueroa Street
3  Suite 3700
   Los Angeles, California  90017
4  Telephone: 213.892.7900
   Toll Free Phone: 800.563.1027
5  Facsimile: 213.892.7999

6  Adam C. Bonin (*Pro hac vice*)
   adam@boninlaw.com
7  The Law Office of Adam C. Bonin
   1900 Market Street, 4th Floor
8  Philadelphia, PA  19103
   Telephone:215.864.8002
9  Facsimile: 215.701.2321

10 Attorneys for Plaintiffs
   Kos Media and Markos Moulitsas Zúniga

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KOS MEDIA, LLC and MARKOS MOULITSAS ZÚNIGA,<br><br>PLAINTIFFS,<br><br>VS.<br><br>RESEARCH 2000 AND DELAIR D. ALI,<br><br>DEFENDANTS. | Case No.: 3:10-CV-02894 MEJ-<br>_____<br><br>NOTICE AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Complaint filed: June 30, 2010.<br><br>Hearing Date:  April 05, 2010<br>Hearing time:    10:00 A.M.<br><br>Location:          Courtroom B. |

TO DEFENDANTS RESEARCH 2000 AND DELAIR D. ALI AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE THAT on April 05, 2012 at 10:00 a.m., or as soon thereafter as this matter may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, plaintiffs will present their

application for a default judgment against defendant. The clerk has previously entered the default of said defendants on May 20, 2011 (Research 2000) and December 6, 2011 (Ali).

At the time and place of hearing, plaintiff will present proof of the following matters:

1. Defendants Research 2000 and Delair D. Ali are not infants or incompetent persons or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2. Said defendants have appeared in this action, but have failed to file responsive pleadings and, in the case of Research 2000, a corporation, failed to secure counsel.

3. Defendants were informed of Plaintiffs' intent to seek default judgment via electronic mail dated December 6, 2011, and notice of this application for default judgment by court was served on said defendants on February 22, 2012, by mail and electronic mail as required by Fed. R. Civ. P. 55(b)(2).

4. Plaintiff is entitled to judgment against said defendants on account of the claims pleaded in the complaint, to wit: breach of contract; unfair business practices pursuant to Cal. Bus. and Prof. Code §§ 17200 et seq.; breach of implied warranty; fraud and intentional misrepresentation; negligent misrepresentation; constructive fraud; and conversion.

5. Defendants' willful, intentional, and continuous fraud upon plaintiffs in affirmative misrepresenting the truth regarding its lack of actual polling operations represents an independent tort actionable under California law. *See Robinson Helicopter Co., Inc. v. Dana Corp.*, 22 Cal.Rptr.3d 352, 34 Cal.4th 979, 102 P.3d 268 (2004). But for Ali's affirmative misrepresentations regarding his lack of actual polling operations, Plaintiffs would have ceased contracting with Defendants and publishing their fictitious polls. Accordingly, Plaintiffs also seek an award of

exemplary damages pursuant to Cal. Civil Code §3294(a) equal to double the amount of contractual damages.

6. The amount of judgment sought is the sum of $315,000.00 as set forth in the attached declaration of Adam C. Bonin.

This Application is based on this Notice, the attached declaration of Adam C. Bonin and the pleadings, files and other matters that are on file with the Court and may otherwise be presented at a hearing.

DATED: February 22, 2012     COZEN O'CONNOR


By: -/S/-
NATHAN DOOLEY (SBN 224331)
Ndooley@cozen.com
COZEN O'CONNOR
601 South Figueroa Street
Suite 3700
Los Angeles, California  90017
Telephone: 213.892.7900
Toll Free Phone: 800.563.1027
Facsimile: 213.892.7999

Adam C. Bonin (*Pro hac vice*)
adam@boninlaw.com
The Law Office of Adam C. Bonin
1900 Market Street, 4th Floor
Philadelphia, PA  19103
Telephone:215.864.8002
Facsimile: 215.701.2321

*Attorneys for Plaintiffs*