NATHAN DOOLEY (SBN 224331)
Ndooley@cozen.com
COZEN O'CONNOR
601 South Figueroa Street
Suite 3700
Los Angeles, California 90017
Telephone: 213.892.7900
Toll Free Phone: 800.563.1027
Facsimile: 213.892.7999

Adam C. Bonin (*Pro hac vice*)
adam@boninlaw.com
The Law Office of Adam C. Bonin
1900 Market Street, 4th Floor
Philadelphia, PA 19103
Telephone: 215.864.8002
Facsimile: 215.701.2321

Attorneys for Plaintiffs
Kos Media and Markos Moulitsas Zúniga

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KOS MEDIA, LLC and MARKOS MOULITSAS ZÚNIGA,<br><br>PLAINTIFFS,<br><br>VS.<br><br>RESEARCH 2000 AND DELAIR D. ALI,<br><br>DEFENDANTS. | Case No.: 3:10-CV-02894 MEJ-<br><br>[PROPOSED] COURT JUDGMENT FILING ENTRY OF DEFAULT<br><br>Complaint filed: June 30, 2010. |

On May 04, 2012, this Court having granted Plaintiffs' Application for Entry of Court Judgment following Default:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs Kos Media, LLC, and Markos Moulitsas Zúniga, shall recover from Defendants Research 2000 and Delair D. Ali, damages and interest as follows: $105,000.00 in actual damages, plus pre-judgment interest in the amount of $36,332.88 (calculated per Cal.

1

1  Civil Code §3289(b)), plus $210,000 in exemplary damages, for a total award of
2  $351,332.88.
3
4  Dated: 7/16/12

Hon. Susan Y. Illston,
U.S. District Court
Northern District of California